Per Curiam.
 

 [¶ 1] James Kibble appeals from a criminal judgment following a jury verdict of aggravated assault arising out of Kibble's striking another person in the hand with the dull side of a meat cleaver knife. Kibble argues the State did not present evidence sufficient to support an inference by the jury that Kibble had the requisite intent to cause serious bodily injury to the victim. We conclude the verdict is supported by substantial evidence, and we summarily affirm under N.D.R.App.P. 35.1(a)(3).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jerod E. Tufte
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers